# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN L. GREER & MARILYN K. GREER  
3105 - 7TH STREET  
ROCKFORD, IL  61109  
SSN-xxx-xx-2033 & xxx-xx-1315

Case Number: 04-72248

Case filed on: 4/27/2004  
Plan Confirmed on: 7/22/2004

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,958.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 783.40 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 783.40 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF PUBLIC AID | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 1,361.71 | 1,361.71 | 457.55 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,361.71 | 1,361.71 | 457.55 | 0.00 |
| 048 | JOHN L. GREER | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | JOHN L. GREER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 365.00 | 365.00 | 365.00 | 58.07 |
|  | Total Secured | 365.00 | 365.00 | 365.00 | 58.07 |
| 001 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 1,099.00 | 1,099.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 7,143.57 | 7,143.57 | 0.00 | 0.00 |
| 007 | ABSOLUTE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 |  | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AR AUDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ATTORNEY RICHARD D. SEIERSTAD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATTORNEY TERRY HOSS & | 557.50 | 557.50 | 0.00 | 0.00 |
| 013 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BANK ONE NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BUSINESS SERVICE BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMED CO | 511.84 | 511.84 | 0.00 | 0.00 |
| 018 | CONSUMER PORTFOLIO SERVICES | 5,696.50 | 5,696.50 | 0.00 | 0.00 |
| 019 | CREDIT BUREAU ENTERPRISES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDIT BUREAU OF FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CROSS COUNTRY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | EMC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HEIGHTS FINANCE | 206.68 | 206.68 | 0.00 | 0.00 |
| 024 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HOME FEDERAL SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MCI WORLDCOMQPO BOX 4600 | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MICHAEL G. MARRE M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 2,540.40 | 2,540.40 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 1,195.59 | 1,195.59 | 0.00 | 0.00 |
| 032 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSF MEDICAL GROUP | 101.96 | 101.96 | 0.00 | 0.00 |
| 034 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PENNCRO ASSOCIATES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PIERCE, HAMILTON & STERN | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD FAMILY EYECARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE AGENCY INC | 750.60 | 750.60 | 0.00 | 0.00 |
| 043 | SBC CORPORATION | 487.97 | 487.97 | 0.00 | 0.00 |
| 044 | SECURITY FINANCE | 585.00 | 585.00 | 0.00 | 0.00 |
| 045 | TELECHECK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | VALLEY AUTO | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| 047 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| | Total Unsecured | 20,876.61 | 20,876.61 | 0.00 | 0.00 |
| | Grand Total: | 23,967.32 | 23,967.32 | 1,769.95 | 58.07 |

| | |
|---|---|
| Total Paid Claimant: | $1,828.02 |
| Trustee Allowance: | $129.98 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan